# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Javier Ulises Leyva MORALES** DOB: 1999; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 23-01890MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about June 11, 2023, in the District of Arizona, **Javier Ulises Leyva MORALES** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:   three (3) AR-15 rifles, one (1) AR-15 pistol, five (5) AK-47 pistols, five (5) AK-47 rifles, one (1) Smith and Wesson 9mm pistol, ten (10) AK-47 magazines, six (6) AR-15 magazines, and two (2) 9mm pistol magazines., knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On June 11, 2023, **Javier Ulises Leyva MORALES** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona.   Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they saw a 2012 grey Chevrolet Malibu bearing Arizona License plate LEA16N driven by a single occupant in the outbound inspection lanes.   When the CBPOs attempted to initiate a vehicle stop, the driver failed to yield and continued to drive forward.   The CBPOs noticed that the driver maintained a strong grip on the steering wheel and gear shaft before he abruptly accelerated at a high rate of speed, eventually reaching the southbound vehicle lanes that led into Mexico.   The CBPOs successfully closed and secured the Mariposa Port of Entry southbound vehicle exit gate before the driver drove the vehicle into Mexico.   When the CBPOs arrived at the southbound exit gate, they saw that the vehicle had crashed into the gate, creating a gap wide enough through which the driver got out of the vehicle and absconded on foot into Mexico abandoning the vehicle still inside the Mariposa Port of Entry.

The CBPOs cleared and inspected the abandoned vehicle.   During the inspection, CBPOs discovered a passport bearing the name **Javier Ulises Leyva MORALES** and a photograph.   Two cell phones were located on the front passenger seat.   The vehicle was taken to the Z-Portal x-ray machine to conduct a scan of the vehicle.   The Z-portal operator noticed anomalies in the trunk and backseat of the vehicle.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. Signed electronically and sworn to telephonically. **Sworn by telephone x** SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT FARIANNE Y APOSTOL  Digitally signed by FARIANNE Y APOSTOL Date: 2023.06.30 15:43:07 -07'00' |
|---|---|
| | OFFICIAL TITLE HSI Special Agent Farianne Apostol |
| | DATE June 30, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewed by AUSA R. Arellano   *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2023.06.30 15:28:56 -07'00'

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

CBPOs saw the face of the driver of the vehicle before he absconded and noticed he had a scar on his face. The person depicted in the photograph contained in the passport has a similar scar on his face.

During a subsequent inspection of the vehicle, the CBPOs discovered a total of fifteen (15) firearms, consisting of three (3) AR-15 rifles, one (1) AR-15 pistol, five (5) AK-47 pistols, five (5) AK-47 rifles, and one (1) Smith and Wesson 9mm pistol. The CBPOs also discovered a total of eighteen (18) magazines, consisting of ten (10) AK-47 magazines, six (6) AR-15 magazines, and two (2) 9mm pistol magazines. The firearms and magazines were hidden under a pile of clothes within the vehicle's backseat and trunk area.

The firearms and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Javier Ulises Leyva MORALES** does not possess a license to export weapons or magazines into Mexico.



